**EXHIBIT C**

RE: 1:13:2013:CV:5567-D

EXHIBIT C

RELEVANT SUPPORTING FACTS:

CIVIL STATUTES OF THE STATE OF TEXAS ANNOTATED TITLE 5? JAILS - REF 5.115 JAILS PROVIDE...

THE COMMISSIONERS COURT SHALL PROVIDE SAFE SUITABLE JAILS FOR RESPECTIVE COUNTIES AND SHALL CAUSE THE SAME TO BE MAINTAINED IN GOOD SANITARY CONDITION AT ALL TIMES, PROPERLY VENTILATED, HEATED AND LIGHTED, STRUCTURALLY SOUND, FIRE RESISTANT AND KEPT IN GOOD REPAIR. FURTHERMORE THEY SHALL CAUSE THE JAILS IN THEIR RESPECTIVE COUNTIES TO BE KEPT IN A CLEAN HEALTHY CONDITION TOGETHER WITH WATER OF SAFE QUALITY AND IN THE QUANTITY AND SEWAGE ... WITH FIXTURES IN ACCORDANCE WITH GOOD SANITARY STANDARDS, AND PROVIDE WITH CLEAN CLOTHING MATTRESSES AND BEDDING SUFFICIENT FOR THE COMFORT OF THE PRISONERS, AND THAT FOOD IS PREPARED AND SERVED IN A WHOLESOME AND SUITABLE MANNER IN ACCORDANCE TO GOOD DIETARY PRACTICES AND OF A QUANTITY TO MAINTAIN GOOD HEALTH. SUCH JAILS SHALL COMPLY WITH THE PROVISIONS OF THIS ACT AND WITH THE RULES AND PROCEDURES OF THE COMMISSION ON JAIL STANDARDS.

COUNTY COMMISSIONERS ARE ULTIMATELY RESPONSIBLE FOR NOT PROVIDING FOR PRISONERS BEDDING NEEDS WHILE IN A HOLDING CELL OVERNIGHT(S).

EXHIBIT D

ACTUAL SUPPORTING FACTS

TEXAS COMMISSION ON JAIL STANDARDS

259.138 Holding Cells - One or more holding cells shall be provided to hold inmates pending intake, processing, release, or other reason for temporary housing. Inmates shall not be held for more than 48 hours...

Persons held in the holding cells of the Nueces County Jail are typically held there for a minimum of 72 hours, before being re-located to either 4R or the Annex. If made to remain at the main jail, chances are more than good that you will be housed/held in 4R (a unit of 2 men cells where I was made to remain another 7 days before finally being intergrated into general population).

EXHIBIT C

Additional Supporting Facts

Taken from an interview by Caller Times reporter Katherine Rosenberg, dated August (September?) 2013, and Sheriff (Nueces County) Jim Kaelin.

"Jail has reached critical mass. Every day Sheriff Jim Kaelin wakes up and checks the number of inmates housed in jail. On Monday, 1052 of 1069 beds were spoken for. By Friday, that number had dropped to 1036 or 94 percent capacity."

Those figures include people detained in the holding cells because by state jail codes, the Sheriff must save a bed for everyone being held in case they don't make bail.

Sheriff Jim Kaelin of the Nueces County Sheriff's Department is fully aware of the state mandate requiring that inmates have bedding and linens if detained overnight in holding cells or other.

Exhibit 4

Additional Supporting Facts

Texas Jur (Payment to Pleadings 3des)

#58 Penal and Correctional Institutions

Pretrial Detainees - Actions or inactions related to pretrial detainees is considered "punishment" unless it is reasonably related to government objectives.

#71 Offenses against inmates

It is an offense, for a Jailor, guard or peace officer employed by local penal facility or by the Department of Corrections to intentionally subject a person in custody in the exercise of any right, privilege or immunity, knowing that to do so is unlawful.

From Black's Law Dictionary
Additional Supporting Statement

FRAUD IS AN INTENTIONAL PERVERSION OF THE TRUTH FOR THE PURPOSE OF INDUCING ANOTHER IN RELIANCE UPON IT TO PART WITH SOME VALUABLE THING BELONGING TO HIM OR SURRENDER A LEGAL RIGHT. A FALSE REPRESENTATION OF A MATTER OF FACT... BY FALSE OR MISLEADING ALLEGATIONS OR BY CONCEALMENT OF THAT WHICH SHOULD HAVE BEEN DISCLOSED, WHICH DECEIVES AND IS INTENDED TO DECEIVE ANOTHER SO THAT HE SHALL ACT UPON IT TO HIS LEGAL INJURY. "BAD FAITH" AND FRAUD ARE SYNONYMOUS... IT COMPRISES ALL ACTS, OMISSIONS AND CONCEALMENTS INVOLVING A BREACH OF A LEGAL OR EQUITABLE DUTY AND RESULTING IN DAMAGE TO ANOTHER. ANY TRICK OR ARTIFICE EMPLOYED BY ONE PERSON TO INDUCE ANOTHER TO FALL INTO ERROR OR DETAIN HIM IN IT, SO THAT HE MAY MAKE AN AGREEMENT CONTRARY TO HIS INTEREST. THE FRAUD MAY MAKE AN AGREEMENT CONTRARY TO HIS INTEREST. THE FRAUD MAY CONSIST IN MISREPRESENTATION, OR CONCEALMENT OF MATERIAL FACT. FRAUD, FORCE AND VEXATION ARE ODIOUS IN LAW. TO VIOLATE PRIVATE OR PUBLIC CONFIDENCE OR TO IMPAIR OR INJURE THE PUBLIC INTEREST IS DEEMED EQUALLY REPREHENSIBLE WITH POSITIVE FRAUD-AGAINST PUBLIC POLICY.

THE DEFINITION STATED ABOVE IN WHOLE IS WHAT NUECES COUNTY IS GUILTY OF. SO SAYS MYSELF JAMES WILKINS, PLAINTIFF, SO SAYS THE PROOF IN MY POSSESSION.

EXHIBIT 1

ADDITIONAL SUPPORTING FACTS

Taken from Black's Law Dictionary

TRESPASS: An unlawful interference with one's Property or Rights.

DEPRIVATION: A taking away or confiscation; as the deprivation of a constitutional right or taking of property under imminent domain without due process. (Nueces County often subjected a person to confinement without presenting a written reason of the infraction alleged). 20.06 of the Nueces County Jail Handbook clearly states that "Disciplinary action will never be imposed without a signed waiver or a disciplinary hearing." I have been subjected to close confinement as a result of something that happened as a result of others in the same dorm. All were punished equally. No movement, loss of privileges. Another occassion I was in the possession of a torn county issued towel, and would have served immediate time in lockdown, but no space was available.

When asked why I am not afforded due process (via inmate handbook rule 20.06) I was given the following responses from Sgt. Arismendez, "As per standard operating procedures 3.14.05 inmates are issued bedding, towel, & uniform once they have been dressed into the county uniform at jail. You were dressed into the uniform. You were transferred to Unit DSN where you were issued the items above upon arriving to the Annex."

ADDITIONAL SUPPORTING FACTS

Listed below are the accurate and modified versions of Chapter 277.8 Bedding and Linens, from the Texas Commission on Jail Standards.

**ACCURATE VERSION**

A standard issue of bedding and linens to each inmate to be overnight shall include but shall not be limited to the following clean, safe and serviceable items. (1) One mattress (2) One sheet or mattress cover (3) One towel (4) One blanket, or more depending upon climatic conditions.

Again the above is the version that I directly copied out of the Texas Commission on Jail Standards "Rule Book". It is also the exact same reading as the on line version.

The version below is the one that someone of the county or near the tried to have me believe as fact.

**MODIFIED VERSION**

A standard issue of bedding and linens to each inmate to be detained overnight placed in housing shall include, but shall not be limited to the following clean, safe, and serviceable items. Inmates detained in housing/detoxification cells should receive the following items (1) One mattress (2) One sheet or mattress cover (3) One towel (4) One blanket or more depending upon climatic conditions.

(I have in my possession the original, yet forged/modified document ready to present to a jury as a matter of fact).